IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA SWEARINGER and KIM FREEMAN,

    Plaintiffs,

  v.

PASKENTA BAND OF NOMLAKI INDIANS TRIBAL BUSINESS COUNCIL,

    Defendant.
_____/

No. C 13-2642 CW

ORDER DENYING MOTION FOR LEAVE TO APPEAR PRO HAC VICE (Docket No. 25)

    Joseph Kitto, an active member of the District of Columbia bar, moves for leave to appear pro hac vice. His motion is denied.

    Civil Local Rule 11-3(b) provides that "an applicant is not eligible for admission to practice pro hac vice if the applicant: (1) Resides in California; or (2) Is regularly engaged in the practice of law in the State of California." Kitto is not only a California resident but also regularly practices law in the state. He has listed a California mailing address and a California phone number on several filings in this case and has appeared on behalf of litigants in at least four other cases in this district since 2008. See Harrison, et al. v. Robinson Rancheria Band of Pomo Indians Business Council, Case No. 13-1413, Docket No. 10 (granting Kitto leave to appear pro hac vice); Mishewal Wappo Tribe of Alexander Valley v. Salazar, Case No. 09-2502, Docket No. 8 (same); Robinson Rancheria of Pomo Indians of Cal. v. Quitiquit et al., Case No. 11-4348, Docket No. 29 (same); Me-Wuk Indian Cmty. of the Wilton Rancheria, et al. v. Kempthorne, et

al., Case No. 07-5706, Docket No. 16 (same). During the past two months, he has filed briefs in two of these cases. See Harrison, Case No. 13-1413, Docket No. 26; Mishewal Wappo Tribe, Case No. 09-2502, Docket No. 190.

In the present case, Kitto waited more than two months after the complaint was filed before he moved to be admitted pro hac vice; even then, he did so only after this Court directed him to file such a motion. See Order Granting Motion to Dismiss, Docket No. 27 at 10. During the interim, he has filed several documents in this matter, including Plaintiffs' opposition to a motion to dismiss, and appeared at an ADR scheduling telephone conference on Plaintiffs' behalf. Declaration of Bradley G. Bledsoe Downes ¶ 18. Kitto also failed to respond to a letter from Defendant's counsel notifying him that he was not admitted to practice in this district and not eligible to be admitted pro hac vice. Id. ¶ 15.

In sum, Kitto has not established that he is eligible for admission pro hac vice. He may renew his motion if he can show that he "(i) has been a resident of California for less than one year; [and] (ii) has registered with, and completed all required applications for admission to, the State Bar of California." Civil L.R. 11-3(b)(2).

CONCLUSION

For the reasons set forth above, Kitto's motion for leave to appear pro hac vice (Docket No. 25) is DENIED. Kitto may not appear in this matter unless he becomes a member of the bar of this Court or establishes that he satisfies the requirements of Civil Local Rule 11-3(b)(2) outlined above. The clerk shall provide a copy of this order to Judge Tigar and Judge Davila, both

2

of whom are currently assigned to cases in which Kitto has recently appeared pro hac vice.  See Harrison, Case No. 13-1413 JST; Mishewal Wappo Tribe, Case No. 09-2502 EJD.

    IT IS SO ORDERED.

Dated: 8/28/2013

                              CLAUDIA WILKEN
                              United States District Judge

cc:     JST, EJD