**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA SWEARINGER AND KIM FREEMAN, on behalf of Themselves and the Tribal Membership,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PASKENTA BAND OF NOMLAKI INDIANS TRIBAL COUNCIL; and DOES<br><br>　　　　　　Defendants. | Case No. 4:13-cv-02642-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Dept: Courtroom 2<br>Judge: Hon Claudia Wilken |

This matter having come before this Court upon the joint motion of the Plaintiffs and Defendant for voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court having reviewed the joint motion and being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice. Plaintiffs and Defendant are to bear their own respective court costs.

DATED: ___9/25/2013___

_____
CLAUDIA WILKEN
United States District Judge

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS
WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**Case No. 4:13-cv-02642-CW**

1089542/16889967v.1